Sabita J. Soneji (CA Bar No. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808

*Attorney for Plaintiff and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO ABENOJA, *on behalf of himself and all others who are similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PATELCO CREDIT UNION,<br><br>Defendant. | Case No. 4:24-cv-4422<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Demetrio Abenoja, by and through undersigned counsel of record, hereby voluntarily dismisses his claims in the action entitled Demetrio Abenoja, *individually, and on behalf of a class of similarly situated persons*, v. Patelco Credit Union, Case 4:24-cv-4422, **without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). This voluntary dismissal does not alter or affect the pendency of the actions of any other Plaintiff to this litigation. Defendant has not yet served an answer or a motion for summary judgment. Plaintiff will continue to remain a potential class member.

DATED: July 24, 2024

Respectfully submitted,

*/s/ Sabita J. Soneji*
Sabita J. Soneji (Bar No. 224262)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
ssoneji@tzlegal.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

<u>/s/ Sabita J. Soneji</u>
Sabita J. Soneji (Bar No. 224262)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
*ssoneji@tzlegal.com*